**From:** Pamela Moses For US Congress <mosesforcongress@gmail.com>
**Sent:** Tuesday, May 26, 2026 3:10 PM
**To:**
**Subject:** Re: Filings in Moses v. Lee, No. 2:26-cv-02533 Urgent Due Process violated by a federal judge on a memorial holiday.

**CAUTION - EXTERNAL:**

Dear Mr. Summers,

I hope this email finds you well. First, I wanted to ask — are you related to former Attorney General Paul Summers? I noticed the last name and was simply curious.

I am writing regarding the above-referenced matter and the documents attached to this email. Today, when I went to file papers in connection with this case, I learned that an order had already been entered yesterday, which was Memorial Day, a federal holiday. I would like to know what clerk entered this order on a federal holiday and under whose authority this action was taken.

Additionally, I am deeply concerned about the procedural handling of my case. The order attached does not indicate you were given time to reply to that motion before transfer it was done sua sponte without any due process. The Court transferred my case without even giving me an opportunity to respond to the motion. As you see I wanted to respond (see attachment). Plaintiffs are generally afforded fourteen (14) days to respond to motions, with the moving party then having an additional seven (7) days to file a reply and this is the rules of the court. In this instance, an order was entered before I was given any meaningful opportunity to be heard. Also in this order The judge expressed skepticism about your TRO without letting you respond to the motion to dismiss first**.** That is prejudicial pre-judgment and evidence the transfer was not neutral.

I consider this to be a serious procedural and ethical concern. Due process requires that parties be given notice and an opportunity to respond before substantive rulings are entered affecting their case. I respectfully request an explanation as to why my case was transferred without allowing me to respond within the applicable timeframe.

Furthermore, service of process has not even been issued in this matter, yet two separate orders have already been entered by the Court. I would also like clarification as to whether this procedure complies with the applicable rules and legal standards.

At this time, I am formally requesting:

1. An explanation regarding the entry of orders on Memorial Day;
2. An explanation regarding the denial of my opportunity to respond;
3. That my case be transferred back pending proper briefing or zoom hearing and due process;
4. A hearing on this matter so these concerns may be addressed on the record.

I have attached all filed documents for your review.

Thank you for your attention to this matter. I look forward to your prompt response.

Respectfully,

Ms. Pamela Moses

901-329-9992

 Disclaimer -

Information contained within this email and any attachments may contain legally privileged, proprietary and confidential information that is intended for the addressee(s) only. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, retention, or use of the contents of this information is prohibited. When addressed to our clients or vendors, any information contained in this e-mail or any attachments is subject to the terms and conditions in any governing contract. If you have received this email in error, please immediately contact the sender and delete the email. Thank You

Email tracked with Mailsuite · Opt out

On Fri, May 22, 2026 at 5:39 PM Zachary L. Barker <Zachary.Barker@ag.tn.gov> wrote:

> Ms. Moses,
>
> Please find courtesy copies of the filings made today in *Moses v. Lee, et al.*, No. 2:26-cv-02533
>
> My Best,
>
> Zachary L. Barker ¦ Senior Assistant Attorney General
> **Constitutional Defense Division**
> **Office of the Tennessee Attorney General**
> P.O. Box 20207, Nashville, TN 37202-0207
> Phone: (615) 532-4098
> Zachary.Barker@ag.tn.gov
>
>
>
> **This email may contain PRIVILEGED and CONFIDENTIAL information. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this email is prohibited. If you have received this email in error, please delete it and immediately notify the sender.**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.