# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

PAMELA MOSES )
                                    )

v. )       **Case No. 3:26-cv-00694**
                                    )       **Chief Judge Campbell**

**BILL LEE in his official capacity as Governor** )
**of the State of Tennessee** *et al.* )

## O R D E R

Because this case is related to earlier-filed cases for which Magistrate Judge Jeffery S. Frensley is the assigned magistrate judge, the Clerk is **DIRECTED** to reassign this case to Judge Frensley for all further case management.

It is SO ORDERED.

                                                _____
                                           BARBARA D. HOLMES
                                        United States Magistrate Judge