| | |
|---|---|
| PAMELA JEANINE MOSES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BILL LEE, in his official capacity as | ) |
| Governor of the State of Tennessee, | )   NO. 3:26-cv-00694 |
| CAMERON SEXTON, in his official | ) |
| capacity as Speaker of the Tennessee House | )   JUDGE CAMPBELL |
| of Representatives; JACK JOHNSON, in | ) |
| his official capacity as Senate Majority | ) |
| Leader of the Tennessee Senate; THE | ) |
| TENNESSEE GENERAL ASSEMBLY, | ) |
| MARK GOINS, in his official capacity as | ) |
| Coordinator of Elections for the States of | ) |
| Tennessee; and LINDA PHILLIPS, Shelby | ) |
| County Election Administrator, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Pending before the Court is Defendants' motion to extend the time to respond to Plaintiff's

Third Amended Complaint. (Doc. No. 43). Also pending before the Court is Plaintiff's renewed

motion for temporary restraining order. (Doc. No. 44). The Federal Rules of Civil Procedure and

this Court's Local Rules provide that the response to each is due within 14 days unless otherwise

ordered by the Court. *See* Fed. R. Civ. P. 15(a)(3) and 6(b); L.R. 7.01(a)(3). Therefore, unless

otherwise ordered, Defendants' deadline to respond to the Third Amended Complaint, which was

filed on May 27, 2026, is June 10, 2026; and the deadline to respond to the renewed motion for

temporary restraining order, which was filed on June 5, 2026, is June 19, 2026.

Defendants seek an extension of 16 days to June 26, 2026, to respond to the Third Amended

Complaint. The extended deadline would align the response deadline in this case with that in the

other redistricting cases. Defendants assert that alignment will "maximize judicial economy and streamline counsels' workflow for dispositive motion practice." Plaintiff opposes the requested extension, arguing that time is of the essence, Defendants' request for extension is a delay strategy to run out of the clock on the August primary, and that Defendants, who are represented by a large legal team, are capable of responding within the time set by the Federal Rules of Civil Procedure.

The Court recognizes Plaintiff's concerns over the timing of Defendants' response vis-à-vis the approaching election. Plaintiff's request for immediate relief, however, is through Plaintiff's renewed motion for temporary restraining order. The timing of Defendants' response to the Third Amended Complaint, which will take the form of either a motion to dismiss or an answer, does not affect the Court's ability to consider Plaintiff's motion for injunctive relief on a shorter timeframe. Alignment of the deadline to respond to the Third Amended Complaint with the response deadlines in the other redistricting cases will promote judicial efficiency and will not hinder resolution of the plaintiffs' motions for preliminary injunctive relief. Accordingly, Defendants' motion for extension of time to respond to Plaintiff's Third Amended Complaint (Doc. No. 43) is **GRANTED** and Defendants' deadline to respond is extended to June 26, 2026.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE