# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## MIDDLE DIVISION

| | | |
|---|---|---|
| **PAMELA JEANINE MOSES,** | ) | |
| Plaintiff, | ) | **NO. #3:2026-cv-00694** |
| | ) | THREE JUDGE PANEL |
| | ) | |
| vs. | ) | |
| | ) | |

**BILL LEE**, in his official capacity as Governor
of the State of Tennessee; **CAMERON SEXTON**, in his
official capacity as Speaker of the Tennessee House
of Representatives; **JACK JOHNSON**, in his official
capacity as Senate Majority Leader of the Tennessee
Senate; THE TENNESSEE GENERAL ASSEMBLY; and
**MARK GOINS**, in his official capacity as Coordinator
of Elections for the State of Tennessee, **LINDA PHILLIPS**
Shelby County Election Administrator

                                    Defendants.          )

## PLAINTIFF'S EMERGENCY MOTION TO ASCERTAIN STATUS AND FOR EXPEDITED ZOOM CONFERENCE

Plaintiff Pamela Jeanine Moses, proceeding pro se, respectfully moves this Court pursuant to Local Rule 7.01(c) for an immediate status conference by Zoom. In support, Plaintiff states:

1. Defendants filed their Response in Opposition to Plaintiff's Renewed Motion for a Temporary Restraining Order and Preliminary Injunction on June 18, 2026 (Doc. 52).

2. The State's own declaration confirms that military and overseas ballots must be transmitted and that early voting begins **July 17, 2026**.

3. These deadlines make the effective window for any meaningful relief from this Court **four days or fewer**.

4. Plaintiff requires immediate clarification on: (a) whether the Court intends to rule on the pending TRO before the June 22 overseas ballot deadline; (b) Plaintiff's deadline to file a reply to Doc. 52; and (c) whether oral argument will be scheduled before any ruling.

5. A Zoom conference of fifteen to thirty minutes would allow the Court to address these questions efficiently and without further delay.

**WHEREFORE**, Plaintiff respectfully requests that this Court schedule an emergency Zoom status conference at the earliest available time, and no later than **July 15, 2026**.

Respectfully submitted,

Ms Pamela Jeanine Moses

Plaintiff, Pro Se P.O. Box 80564

Memphis, TN 38108

901-329-9992

2

<h1 style="text-align:center">CERTIFICATE OF SERVICE</h1>

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court. Because I proceed pro se and do not have CM/ECF filing access, I certify that I have served a true and correct copy of the foregoing upon the following counsel of record by U.S. Mail, postage prepaid, and by email to the addresses below:

**Counsel for State Defendants:**

ZACHARY L. BARKER
Senior Assistant Attorney General
ANDREW DENNING
Assistant Attorney General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207
Zachary.barker@ag.tn.gov
Andrew.denning@ag.tn.gov


TAYLOR A.R. MEEHAN
BRYAN K. WEIR
Consovoy McCarthy PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
taylor@consovoymccarthy.com
bryan@consovoymccarthy.com
Counsel for State Defendants

**Counsel for Defendant Phillips:**

JOHN D. BURLESON
MATTHEW R. COURTNER
Rainey, Kizer, Reviere & Bell, P.L.C.
209 East Main Street, P.O. Box 1147
Jackson, TN 38302-1147
jburleson@raineykizer.com
mcourtner@raineykizer.com
Counsel for Defendant Linda Phillips

**Ms. PAMELA JEANINE MOSES, Pro Se Plaintiff**

3