**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| PAMELA JEANINE MOSES,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNOR BILL LEE, CAMERON SEXTON, JACK JOHNSON, TENNESSEE GENERAL ASSEMBLY, MARK GOINS, and LINDA PHILLIPS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:26-cv-00694<br><br>THREE-JUDGE COURT |

**PROTECTIVE NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT**

Notice is hereby given that Plaintiff Pamela Jeanine Moses, proceeding pro se, appeals to the United States Court of Appeals for the Sixth Circuit from the Order and Opinion entered on September 25, 2026 (Doc. 70), and from the Judgment entered on September 25, 2026 (Doc. 71).

Plaintiff has separately filed a Notice of Appeal to the Supreme Court of the United States under 28 U.S.C. § 1253. This notice is filed protectively, under 28 U.S.C. § 1291 and Federal Rules of Appellate Procedure 3 and 4, to the extent any part of the Order and Judgment falls outside the Supreme Court's direct appellate jurisdiction. That includes, without limitation, the dismissals for lack of standing and any claims not required to be heard by a district court of three judges under 28 U.S.C. § 2284.

Plaintiff continues to proceed in forma pauperis under Federal Rule of Appellate Procedure 24(a)(3).

Dated: October 1, 2026

Respectfully submitted,



Pamela Jeanine Moses, pro se
Plaintiff-Appellant
P.O. Box 80564
Memphis, TN 38108
901-329-9992
mosesforcongress@gmail.com

## CERTIFICATE OF SERVICE

I certify that on October 1, 2026, I served a true and correct copy of the foregoing Protective Notice of Appeal to the Sixth Circuit on the following counsel of record by: x☐ U.S. Mail, first-class postage prepaid x☐ the Court's CM/ECF system

Counsel for Defendants Lee, Sexton, Johnson, Tennessee General Assembly, and Goins:

Office of the Governor Bill Lee
Tennessee State Capitol, 1st Floor
Nashville, Tennessee 37243

Speaker Cameron Sexton
Tennessee House of Representatives
301 6th Avenue North, Suite 600
Nashville, Tennessee 37243

Senate Majority Leader Jack Johnson
Tennessee State Senate
301 6th Avenue North
Nashville, Tennessee 37243

Mark Goins, Coordinator of Elections
Tennessee Division of Elections
312 Rosa L. Parks Avenue, Snodgrass Tower, 7th Floor
Nashville, Tennessee 37243

Linda Phillips, Shelby County Election Administrator
Shelby County Election Commission
157 Poplar Ave. Ste 137,
Memphis, Tennessee 38103

X_______________________________
**PAMELA J. MOSES, Pro Se Plaintiff**